IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADONNA WILLIAMS and PARIS WILLIAMS,<br><br>    Plaintiff(s),<br><br>    vs.<br><br>UNITED STATES TENNIES ASSOC., et al.,<br><br>    Defendant(s)._____/ | No. C 08-4698 MEJ<br><br>**ORDER TO SHOW CAUSE**<br><br>**ORDER VACATING JANUARY 15, 2009 CMC** |

On October 10, 2008, Plaintiffs LaDonna Williams and Paris Williams filed the above-captioned matter, and subsequently filed an amended complaint on October 24, 2008. (Dkt. ## 1, 3.) Since that time, no further action has taken place, and it does not appear that any of the defendants have been served. Further, although a Case Management Conference is scheduled to take place on January 15, 2009, no case management statement was filed by the January 8, 2009 deadline. Accordingly, the Court ORDERS Plaintiffs LaDonna Williams and Paris Williams to show cause why this case should not be dismissed for failure to prosecute. Plaintiffs shall file a declaration by January 22, 2009, and the Court shall conduct a hearing on January 29, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The January 15, 2009 Case Management Conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: January 12, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LADONNA WILLIAMS et al,

      Plaintiff,

v.

UNITED STATES TENNIS ASSOCIATION et al,

      Defendant.

Case Number: CV08-04698 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

LaDonna Williams
Paris Williams
272 Reynard Lane
Vallejo, CA 94591

Dated: January 12, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2