IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADONNA WILLIAMS and PARIS WILLIAMS,<br><br>　　　　Plaintiff(s),<br><br>　vs.<br><br>UNITED STATES TENNIES ASSOC., et al.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 08-4698 MEJ<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>**ORDER RESCHEDULING CMC** |

　　　　On January 12, 2009, the Court ordered Plaintiffs LaDonna Williams and Paris Williams to show cause why this case should not be dismissed for failure to prosecute. Upon review of Plaintiff LaDonna Williams' declaration in response, (Dkt. #5), and good cause appearing, the Court VACATES the order to show cause. As Plaintiffs recently mailed a request for waiver of service on Defendants, the Court hereby CONTINUES the Case Management Conference to April 2, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. All dates in the October 10, 2008 scheduling order shall be adjusted accordingly, and Plaintiffs shall serve this order upon all Defendants. The January 29, 2009 OSC hearing is hereby VACATED.

　　　　**IT IS SO ORDERED.**

Dated: January 26, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LADONNA WILLIAMS et al,

        Plaintiff,

v.

UNITED STATES TENNIS ASSOCIATION et al,

        Defendant.

Case Number: CV08-04698 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

LaDonna Williams
Paris Williams
272 Reynard Lane
Vallejo, CA 94591

Dated: January 26, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2