**United States District Court**
For the Northern District of California

1

2

3

4                      IN THE UNITED STATES DISTRICT COURT

5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    LADONNA WILLIAMS and PARIS                No. C 08-4698 MEJ
     WILLIAMS,
8
                    Plaintiff(s),             **ORDER FOR PARTIES TO FILE**
9                                             **CONSENT/DECLINATION**

10      vs.

11   UNITED STATES TENNIES ASSOC., et al.,

12                  Defendant(s).
                                         /
13

14         Pending before the Court is Defendants City of Alameda and Police Chief Walter Tibbet's

15   Motion to Dismiss.  (Dkt. #10.)  The Court notes that this matter is also scheduled for a Case

16   Management Conference on April 2, 2009.  Accordingly, the Court reminds all parties that they

17   must file magistrate judge jurisdiction consent/declination forms by March 26, 2009, and

18   Defendants City of Alameda and Police Chief Walter Tibbet are required to file their forms at the

19   time of filing a motion to dismiss.

20         This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James

21   for all purposes including trial.  In accordance with Title 28, U.S.C. § 636(c), the magistrate judges

22   of this District Court are designated to conduct any and all proceedings in a civil case, including a

23   jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties.  An

24   appeal from a judgment entered by Magistrate Judge James may be taken directly to the United

25   States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other

26   judgment of a district court.

27         You have the right to have your case assigned to a United States District Judge for trial and

28   disposition.  Accordingly, the parties shall inform the Court whether they consent to Magistrate

1  Judge James' jurisdiction or request reassignment to a United States District Judge for trial.  A copy

2  of both the consent and declination forms may be obtained from the Northern District of California's

3  website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left

4  margin, then choose "Civil."  Plaintiffs may also use the enclosed form.  The parties shall inform the

5  Court by March 26, 2009.

6          **IT IS SO ORDERED.**

7

8  Dated: March 19, 2009                                    _____

                                                           MARIA-ELENA JAMES
9                                                          United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                2

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C                    MEJ

Plaintiff(s),                    **CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

vs.

Defendant(s).

/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____          Signed by:  _____

Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____          Signed by: _____

Counsel for: _____

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LADONNA WILLIAMS et al,

               Plaintiff,

  v.

UNITED STATES TENNIS ASSOCIATION et al,

               Defendant.
                                       /

Case Number: CV08-04698 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

LaDonna  Williams
Paris  Williams
272 Reynard Lane
Vallejo,  CA 94591

Dated: March 19, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

**United States District Court**
For the Northern District of California

4