IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADONNA WILLIAMS and PARIS WILLIAMS, | No. C 08-4698 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| vs. | **ORDER CONSOLIDATING HEARINGS RE: MOTIONS TO DISMISS** |
| UNITED STATES TENNIES ASSOC., et al., | **ORDER TO SHOW CAUSE** |
| Defendant(s). | |

Although this matter is currently scheduled for a case management conference on April 2, 2009, there are now three motions to dismiss pending. (Dkt. ## 10, 14, 18.) Accordingly, the Court hereby VACATES the April 2 case management conference. All motions to dismiss shall be heard on May 21, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties' briefing shall comply with Civil Local Rule 7.

Further, there is no indication that Defendants Kennedy Davis and Patrice Davis have been served or accepted a waiver of service pursuant to Federal Rule of Civil Procedure 4. Accordingly, the Court hereby ORDERS Plaintiffs LaDonna Williams and Paris Williams to show cause why this case should not be dismissed for failure to prosecute as to Defendants Kennedy Davis and Patrice Davis. Plaintiffs shall file a declaration by April 9, 2009. If Plaintiffs do not wish to proceed against the Davis defendants, they shall file a voluntary dismissal.

Finally, the Court reminds the parties that, if they have not already, they must file their consent/declination by March 26, 2009.

**IT IS SO ORDERED.**

Dated: March 24, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LADONNA WILLIAMS et al,

        Plaintiff,

v.

UNITED STATES TENNIS ASSOCIATION et al,

        Defendant.

Case Number: CV08-04698 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

LaDonna Williams
Paris Williams
272 Reynard Lane
Vallejo, CA 94591

Dated: March 24, 2009

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2