1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LADONNA WILLIAMS and PARIS
WILLIAMS,

         Plaintiff(s),

  vs.

UNITED STATES TENNIES ASSOC., et al.,

         Defendant(s).
_____/

No. C 08-4698 MEJ

**ORDER TO SHOW CAUSE**

On March 19, 2009, the Court ordered the parties to consent to the undersigned magistrate judge's jurisdiction or request reassignment to a district judge.  (Dkt. #12.)  Although the Court set a response deadline of March 26, 2009, Plaintiffs have failed to comply with the Court's order.  The Court notes that this is a pattern on the part of Plaintiffs of failing to comply with court deadlines and prosecute their case in general.  (*See* Dkt. ## 4, 24.)  Given that there are now three pending motions to dismiss in this case, the Court finds Plaintiffs' inactivity in this case troubling.

Accordingly, the Court hereby ORDERS Plaintiffs LaDonna Williams and Paris Williams to show cause why this case should not be dismissed for failure to prosecute and comply with court orders.  Plaintiffs shall file a declaration by April 9, 2009, and the Court shall conduct a hearing on April 16, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  Plaintiffs are also reminded of the March 24, 2009 Order to Show Cause previously issued, (Dkt. #24), and may file one declaration in response to the two orders.

**IT IS SO ORDERED.**

Dated: March 27, 2009

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
For the Northern District of California

1
2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3
4   LADONNA WILLIAMS et al,

Case Number: CV08-04698 MEJ

5              Plaintiff,

**CERTIFICATE OF SERVICE**

6      v.

7   UNITED STATES TENNIS ASSOCIATION et
al,

8              Defendant.

9   _____/

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11
12  That on March 27, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
13  in the Clerk's office.

14
15  LaDonna  Williams
16  Paris  Williams
    272 Reynard Lane
17  Vallejo,  CA 94591

18  Dated: March 27, 2009

19                          Richard W. Wieking, Clerk
                            By: Brenda Tolbert, Deputy Clerk

20
21
22
23
24
25
26
27
28
                                    2