LaDONNA WILLIAMS
PARIS WILLIAMS
PO Box 5653
Vallejo, CA 94591
Tel: (707) 712-4088

LaDonna Williams and Paris Williams
Appearing Pro Se/In Pro Per

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaDONNA WILLIAMS and PARIS WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES TENNIS ASSOCIATION, et al, <br><br> Defendants. | Case No. C 08-04698-MEJ <br><br> PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM & ~~(Proposed)~~ ORDER |

1    I, LaDONNA WILLIAMS, Plaintiff and Applicant herein, am the biological mother of the minor Plaintiff, PARIS WILLIAMS. I seek to be appointed guardian ad litem for Plaintiff Paris Williams, who is minor. My full name, address, and telephone number are stated above. The minor lives with me at the above address. The minor has no guardian or conservator.

2.    The Court should appoint a guardian ad litem for the minor because she has legal claims against Defendants named herein for violations of her civil rights as described in the First Amended Complaint on file herein.

3.    I am fully competent and qualified to understand and protect the rights of the minor, and I have no interests adverse to the interests of the minor. I consent to be the appointment as guardian ad litem for the minor in this civil action.

---

APPLICATION FOR APPOINT OF GUARDIAN AD LITEM & (Proposed) ORDER
Williams, et al vs. United States Tennis Association, et al    Case C08-4698-MEJ

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 30, 2009, at Vallejo, California.

LADONNA WILLIAMS
Plaintiff, Pro Se

ORDER EX PARTE

The Court finds that it reasonable and necessary to appoint a guardian ad litem for the minor, Plaintiff PARIS WILLIAMS, as requested.

The Court Orders that Plaintiff LADONNA WILLIAMS is hereby appointed as the guardian ad litem for Plaintiff PARIS WILLIAMS for the reasons set forth in paragraph 3 of the application.

Dated: April 6, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

APPLICATION FOR APPOINT OF GUARDIAN AD LITEM & (Proposed) ORDER
Williams, et al vs. United States Tennis Association, et al    Case C08-4698-MEJ

2

1 **PROOF OF SERVICE VIA MAIL**

2 I declare that:

3 I am employed in Solano County, California. I am over the age of 18 years, a citizen of

4 the United States, and not a party to this civil action. My mailing address is: 843

5 Miller Avenue _____ Vallejo, California, 94591. On April 1,

6 2009, I served the following: **PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER**

7 **FOR APPOINTMENT OF GUARDIAN AD LITEM & (Proposed) ORDER** on the

8 interested parties in this civil action, by placing a true and correct copy thereof enclosed in a

9 sealed envelope with postage thereon fully prepaid to mail the same first class and depositing the

10 same in a designated depository for receipt of United States Mail in Vallejo, California,

11 addressed as follows:

| **Defendant City of Alameda** | **Defendant Chief of Police of City of Alameda** |
|---|---|
| Gregory Mellon Fox<br>Bertrand Fox & Elliot<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, CA 94109 | Arlene Catherine Helfrich<br>Bertrand Fox & Elliot<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, CA 94109 |
| Teresa Lynn Highsmith<br>City Attorney of Alameda<br>2263 Santa Clara Avenue, Room 280<br>Alameda, CA 94501 | **Defendant Harbor Bay Tennis Club**<br>Prout LeVangie<br>Talia Leia Delanoy<br>2021 "N" Street<br>Sacramento, CA 95811 |

**Defendant United States Tennis Association, Incorporated**

AnnaMary E. Gannon & Erin Wade
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108-1940

I declare under penalty of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on April 1, 2009, at Vallejo, California.

*Enverseto Snelby*

APPLICATION FOR APPOINT OF GUARDIAN AD LITEM & (Proposed) ORDER
Williams, et al vs. United States Tennis Association, et al    Case C08-4698-MEJ

3