IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADONNA WILLIAMS and PARIS WILLIAMS, | No. C 08-4698 MEJ |
| Plaintiff(s), | **ORDER VACATING ORDER TO SHOW CAUSE** |
| vs. | **ORDER RE: SERVICE** |
| UNITED STATES TENNIES ASSOC., et al., | |
| Defendant(s). | |

On March 27, 2009, the Court ordered Plaintiffs LaDonna Williams and Paris Williams to show cause why this case should not be dismissed based on their failure to file a consent to magistrate jurisdiction or request for reassignment. (Dkt. #27.) The Court is now in receipt of Plaintiffs' consent form, filed April 3, 2009. (Dkt. #33.) Accordingly, the Court hereby VACATES the March 27 Order to Show Cause.

However, there is another outstanding order to show cause, filed March 24, 2009, regarding service on Defendants Patrice Davis and Kennedy Davis. There is still no indication that either defendant has been properly served. Further, it has been brought to the Court's attention that there is no indication that Defendant United States Tennis Association Northern California has been properly served. While it appears that Plaintiffs sought a waiver of service from these defendants, (*See* Dkt. #5), no response has been received. Thus, it is necessary for Plaintiffs to complete service on these defendants pursuant to Federal Rule of Civil Procedure 4. Accordingly, the Court hereby

VACATES the April 16, 2009 Order to Show Cause hearing.  Plaintiffs shall complete service against Defendants Patrice Davis, Kennedy Davis, and United States Tennis Association Northern California by April 23, 2009.  Plaintiffs shall then file proof(s) of service with the Court by April 28, 2009.  If no proof(s) of service has been filed by April 28, the Court shall issue a fourth order to show cause.

**IT IS SO ORDERED.**

Dated: April 6, 2009

MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LADONNA WILLIAMS et al,

        Plaintiff,

v.

UNITED STATES TENNIS ASSOCIATION et al,

        Defendant.

Case Number: CV08-04698 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

LaDonna Williams
Paris Williams
272 Reynard Lane
Vallejo, CA 94591

Dated: April 6, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

3