United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LADONNA WILLIAMS and PARIS WILLIAMS,

    Plaintiff(s),

vs.

UNITED STATES TENNIES ASSOC., et al.,

    Defendant(s).
                                    /

No. C 08-4698 MEJ

**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE HEARING RE: MOTIONS TO DISMISS**

      The Court is in receipt of Plaintiff's request to continue the hearing regarding certain defendants' pending motions to dismiss. (Dkt. #45.) Good cause appearing, the Court hereby GRANTS Plaintiff's request and CONTINUES the hearing to July 2, 2009 at 10:00 a.m. in Courtroom B. Plaintiff shall file her oppositions by June 4, 2009. Plaintiff's oppositions shall comply with Civil Local Rule 7, and she shall file separate oppositions for the two pending motions. Defendants shall file any replies by June 18, 2009.

      **IT IS SO ORDERED.**

Dated: May 18, 2009

                                                         MARIA-ELENA JAMES
                                                         United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LADONNA WILLIAMS et al,

        Plaintiff,

v.

UNITED STATES TENNIS ASSOCIATION et al,

        Defendant.

Case Number: CV08-04698 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

LaDonna Williams
Paris Williams
272 Reynard Lane
Vallejo, CA 94591

Dated: May 18, 2009

                                      Richard W. Wieking, Clerk
                                      By: Brenda Tolbert, Deputy Clerk

2